UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                        NO. 05-CR-90016-AA-02

v.

                        HONORABLE JOHN CORBETT O'MEARA

D-2 SHUA KUE,

    Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

Following a hearing held on September 14, 2006, and for the reasons stated in the government's motion for leave to dismiss Count One of the Information, as to defendant SHUA KUE, the motion is granted, and that count is hereby dismissed as to this particular defendant.

                                                                   s/John Corbett O'Meara
                                                                   United States District Judge

Date: September 14, 2006